JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALUBHAI G. PATEL, et al., <br>     Plaintiffs, <br> v. <br> CITY OF LOS ANGELES, <br>     Defendant. | Case No. CV 18-1219 DMG (SKx) <br><br> **ORDER OF DISMISSAL AND JUDGMENT** |

    On July 3, 2018, this Court granted Defendant's motion to dismiss due to Plaintiffs' failure to oppose the motion. [Doc. # 24 ("Dismissal Order").] The Dismissal Order gave Plaintiffs 15 days to file an amended complaint or notify Defendant of their intent not to do so. On July 18, 2018, Plaintiffs filed a "Notice of Intent to Stand and Not Amend First Amended Complaint" under *Edwards v. Marin Park, Inc.*, 356 F.3d 1058 (9th Cir. 2004). [Doc. # 25.] That same day, Plaintiffs filed a Notice of Appeal. [Doc. # 26.].

    A final order of dismissal from this Court is required for Plaintiffs to pursue an immediate appeal. *WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (*en banc*).

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant City of Los Angeles and against Plaintiffs Balubhai G. Patel; Viranhbhai Patel; Andres Castro; Eduardo Gomez, individually and on behalf of his minor children, T.G. and F.G.; T.G.; F.G.; Sofia Aguilar; Dennis Moore; Edmonson Dwight; Sabrina Wright; Adam Johnson; Aaronishn Castillo; Dwayne C. Hillis; Isideo Ramos; Walter Duffy; Woodref Dilmes; Hida Khalid; Ellis Maurice; Bell Clifton; Stella Quinley, individually and on behalf of her minor child, S.S.; S.S.; Shanika Law; Derrick Avery; Harun Aala, and that this action is dismissed with prejudice. *See WPP Luxembourg Gamma v. Spot Runner, Inc.*, 655 F.3d 1039, 1058-59 (9th Cir. 2011).

**IT IS SO ORDERED.**

DATED: July 23, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE